**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARIA FERNANDA MORERA VALERO,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-469-KC** |
| **KRISTI NOEM et al.,** | § § § | |
| **Respondents.** | § § | |

## ORDER

On this day, the Court considered the case.  On February 18, 2026, the Court ordered

Respondents to show cause why Maria Fernanda Morera Valero's Petition for a Writ of Habeas

Corpus, ECF No. 1, should not be granted.  Show Cause Order 2, ECF No. 3.

In response, Respondents state that they "agree that Petitioner is not subject to mandatory

detention under 8 U.S.C. § 1225(b)(2) and can seek bond from an immigration judge under 8

U.S.C. § 1226."  Resp. 1, ECF No. 4.  However, upon "a review of the record of proceedings in

Petitioner's immigration proceedings, it does not appear as if she has requested a bond

redetermination hearing."  *Id.* at 4.  Thus, Respondents argue that Morera Valero has not

exhausted her administrative remedies, and her Petition should be denied as premature.  *See id.*

at 1, 5.

Respondents' assertion contradicts what Morera Valero alleged at the outset of this case.

Namely, that she "affirmatively sought an individualized custody redetermination before the

Immigration Court" and that "[t]he Immigration Judge denied the request solely on jurisdictional

grounds, concluding that the court lacked authority to consider bond or conduct any custody

review based on DHS's classification of Petitioner as subject to mandatory detention."  Pet. ¶ 35.

2

Accordingly, the Court **ORDERS** that Morera Valero shall **FILE** a reply to Respondents' Response, addressing whether she has exhausted her administrative remedies and any other argument raised in the Response, by **no later than March 4, 2026**.  Together with the reply, she shall submit any evidence she has in support of her allegation that she requested—and was denied—a custody determination by the immigration court.

        **SO ORDERED**.

        **SIGNED this 25th day of February, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE